# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00807-CV

**Paul Robert Saunders, Appellant**

**v.**

**Christi Antilley Saunders, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-FM-14-004475, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on December 23, 2014. However, the record reflects that the district court subsequently granted a motion for new trial. "Granting a new trial restores the case to its position before the former trial . . . ." *See* Tex. R. App. P. 21.9(b). Because there is no longer a final judgment from which an appeal may be pursued, this Court lacks jurisdiction over this appeal. *See* Tex. Civ. Prac. & Rem. Code §§ 51.012, .014; *Lemann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(f).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   May 8, 2015